F ID
983 5586

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| United States of America | ) | Case: 1:26-cr-00122 |
|---|---|---|
| v. | ) | Assigned To : McFadden, Trevor N. |
| Tony Eugene Morgan | ) | Assign. Date : 5/29/2026 |
| | ) | Description: INDICTMENT (B) |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Tony Eugene Morgan
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date:   05/29/2026

_Issuing officer's signature_

City and state:     Washington, D.C.

Moxila A. Upadhyaya United States Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  05/29/2026, and the person was arrested on _(date)_  06/04/2026 at _(city and state)_  Washington, DC . <br><br> Date:  06/04/2026 <br><br> _Arresting officer's signature_ <br><br> Daniel Nguyen FEO <br> _Printed name and title_ |